# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0665

_____

WEAVER HASTINGS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.


May 14, 2024


PER CURIAM.

DISMISSED.

ROBERTS, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Weaver Hastings, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.